FILED

2011 SEP 20 PM 4:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____

1  **FULBRIGHT & JAWORSKI L.L.P**
   JOHN A. O'MALLEY (BAR NO. 101181)
2  AARON D. GOPEN (BAR NO. 268451)
   555 South Flower Street; Forty-First Floor
3  Los Angeles, CA  90071
   Telephone:  (213) 892-9200
4  Facsimile:  (213) 892-9494
   Email:  jomalley@fulbright.com
5  Email:  agopen@fulbright.com

6  **FULBRIGHT & JAWORSKI L.L.P.**
   ERIK G. SWENSON (*pro hac vice application to be filed*)
7  2100 IDS Center
   80 South Eighth Street
8  Minneapolis, MN 55402-2112
   Telephone:  (612) 321-2800
9  Facsimile:  (612) 321-2288
   Email:  eswenson@fulbright.com
10

11 **FULBRIGHT & JAWORSKI L.L.P.**
   GEORGE W. JORDAN III (*pro hac vice application to be filed*)
12 1301 McKinney, Suite 5100
   Houston, Texas 77010-3095
13 Telephone:  (713) 651-5151
   Facsimile:  (713) 651-5246
14 Email:  gjordan@fulbright.com

15 Attorneys for Plaintiff
   ROBERT BOSCH. L.L.C.

16

17                    UNITED STATES DISTRICT COURT

18                   CENTRAL DISTRICT OF CALIFORNIA

19                                              CV11-7784-MMM (AGRx)

20 ROBERT BOSCH, L.L.C., a Delaware  ) Civil Action No.
   corporation,                      )
21                                   ) **COMPLAINT FOR PATENT**
              Plaintiff,             ) **INFRINGEMENT**
22                                   )
        v.                           ) **DEMAND FOR JURY TRIAL**
23                                   )
   SNAP-ON INCORPORATED, a           )
24 Delaware corporation,             )
                                     )
25            Defendant.             )
                                     )
26 _____ )

27

28

By its attorneys, Plaintiff Robert Bosch, L.L.C. ("Bosch") complains against Defendant Snap-on Incorporated ("Snap-on") as follows:

## NATURE OF THE ACTION

1. This is a civil action for infringement of United States Patent No. 6,782,313 (the "'313 Patent"), entitled DIAGNOSTIC TEST DEVICE FOR MOTOR VEHICLE WITH PROGRAMMABLE CONTROL DEVICES.

## PARTIES

2. Plaintiff Bosch is a company duly organized and existing under the laws of the State of Delaware, with its principal place of business in Farmington Hills, Michigan.

3. On information and belief, Defendant Snap-on is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Kenosha, Wisconsin.

## JURISDICTION AND VENUE

4. Bosch incorporates by reference paragraphs 1 through 3, the same as if set forth at length.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because it arises under the patent laws of the United States, including 35 U.S.C. §§ 271 *et seq.*

6. Consistent with the Constitution of the State of California and the Constitution of the United States, this Court may exercise personal jurisdiction over Snap-on.

7. On information and belief, Snap-on's contacts with this forum include infringing activities within the district and the State of California, regularly conducting business within this district and state, and targeting this district and state through sales and marketing efforts for its products.

8. On information and belief, Snap-on Diagnostics, a division of Snap-on, has an office located in San Jose, California.

9. On information and belief, Snap-on sells and offers for sale products, including Pass-Thru Pro II products, through its office located in San Jose, California.

10. Snap-on's contacts with the State of California reveal an intention to invoke or benefit from the protection of the state's laws and that Snap-on has purposely availed itself of the privilege of conducting activities within this state.

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) at least because, on information and belief, Snap-on is subject to personal jurisdiction in this district, has committed acts of patent infringement in this district, or has a regular and established place of business in this district.

## COUNT 1

## INFRINGEMENT OF U.S. PATENT NO. 6,782,313

12. Bosch incorporates by reference paragraphs 1 through 11, the same as if set forth at length.

13. The '313 Patent was duly and legally issued by the United States Patent and Trademark Office on August 24, 2004. A true and correct copy of the '313 Patent is attached hereto as Exhibit A.

14. The '313 Patent has been duly and legally assigned to Bosch, which is the owner of all right, title and interest in the '313 Patent.

15. Upon information and belief, Snap-on has directly infringed and continues to directly infringe at least claim 1 of the '313 Patent, by *inter alia*, using, selling, and offering to sell (directly or through intermediaries) products, including Snap-on's Pass-Thru Pro II products, in the State of California, this district and throughout the United States.

16. Snap-on's acts of infringement have caused damage to Bosch in an amount not yet ascertained. Bosch is entitled to recover damages adequate to compensate it for Snap-on's infringing activities in an amount to be determined at trial, but in no event less than a reasonable royalty, together with interest and costs.

17. This case presents exceptional circumstances within the meaning of 35 U.S.C. § 285, entitling Bosch to an award of its reasonable attorneys' fees.

18. Bosch reserves the right to allege, during or after discovery, that Snap-on's infringement is willful and deliberate, entitling Bosch to increased damages under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Bosch prays for the following relief from the Court:

1. For judgment that the '313 Patent has been infringed by Snap-on;

2. For an accounting of all damages sustained by Bosch as a result of the acts of infringement by Snap-on;

3. For a permanent injunction enjoining the aforesaid acts of infringement by Snap-on, its officers, directors, agents, servants, employees, assigns, successors, divisions, branches, subsidiaries, parents, and those persons in active concert or participation with any of them who receive notice of the injunction, enjoining them from acts of infringement of the '313 Patent, including, without limitation, from continuing to *inter alia*, sell, offer for sale, import, manufacture, or use the Pass-Thru Pro II products;

4. For actual damages together with prejudgment interest;

5. For a declaration that this case is exceptional under 35 U.S.C. § 285 and an award to Bosch of its reasonable attorneys' fees, expenses and costs incurred in this action;

6. For all costs of suit; and,

//
//
//
//
//
//

95222220.2

7. For such other and further relief as the Court may deem just and proper.

Dated: September 20, 2011

**FULBRIGHT & JAWORSKI L.L.P.**
JOHN A. O'MALLEY
AARON D. GOPEN

By *[signature]*
JOHN A. O'MALLEY

Attorneys for Plaintiff
ROBERT BOSCH, L.L.C.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure, Rule 38, Bosch demands a trial by jury on all issues appropriately triable by a jury.

Dated: September 20, 2011

**FULBRIGHT & JAWORSKI L.L.P.**
JOHN A. O'MALLEY
AARON D. GOPEN

By _/s/ John A. O'Malley_
JOHN A. O'MALLEY

Attorneys for Plaintiff
ROBERT BOSCH, L.L.C.

95222220.2

- 6 -
COMPLAINT

# Exhibit A



US006782313B1

(12) **United States Patent**
Frech et al.

(10) Patent No.: **US 6,782,313 B1**
(45) Date of Patent: **Aug. 24, 2004**

(54) **DIAGNOSTIC TEST DEVICE FOR MOTOR VEHICLE WITH PROGRAMMABLE CONTROL DEVICES**

(75) Inventors: **Eberhard Frech**, Kirchheim (DE); **Wolfgang Wagner**, Korntal-Muenchingen (DE)

(73) Assignee: **Robert Bosch GmbH**, Stuttgart (DE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/979,617**

(22) PCT Filed: **May 10, 2000**

(86) PCT No.: **PCT/DE00/01445**

§ 371 (c)(1),
(2), (4) Date: **Mar. 11, 2002**

(87) PCT Pub. No.: **WO00/68659**

PCT Pub. Date: **Nov. 16, 2000**

(30) **Foreign Application Priority Data**

May 11, 1999 (DE) .......................... 199 21 845

(51) Int. Cl.$^7$ ...................... G01M 15/00; G05B 19/10
(52) U.S. Cl. .............................. 701/31; 701/33; 701/35; 455/419
(58) Field of Search .............................. 701/31, 29, 33, 701/35, 30, 32; 455/418, 419, 423

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,036,479 A | | 7/1991 | Prednis | 702/121 |
| 5,278,759 A | * | 1/1994 | Berra et al. | 701/1 |
| 5,365,436 A | | 11/1994 | Cornell | 701/33 |
| 5,541,840 A | * | 7/1996 | Gurne et al. | 701/33 |
| 5,956,480 A | * | 9/1999 | Kurihara | 714/52 |
| 6,134,488 A | * | 10/2000 | Sasaki et al. | 701/31 |

FOREIGN PATENT DOCUMENTS

FR    2 719 919 A    11/1995

OTHER PUBLICATIONS

English Translation of FR 2,719,919.*
D. Nemec "Moeglichkeiten Komfortabler Testgeraete Zur . . . " in VDI Berichte NR. 687, 1988, pp. 365–385, month is not available.

* cited by examiner

Primary Examiner—Tan Q. Nguyen
(74) Attorney, Agent, or Firm—Michael J. Striker

(57) **ABSTRACT**

A diagnostic tester for motor vehicles is described, and programmable control units having self-diagnostic means are provided for in the motor vehicle that, in program-controlled fashion, control, monitor the engine control and other systems of the motor vehicle, generate error codes and store them, and which can be connected to an external diagnostic tester via a diagnostic/test plug in the motor vehicle. The external diagnostic tester is equipped with a program recognition and program loading device. The program version contained in the connected control unit is queried and recognized using the program recognition device. Then, if the program available in the motor vehicle and recognized via the diagnostic/test plug, available in the connected control unit of the motor vehicle is not stored in the latest and most current version, the respective latest version is loaded by the program loading device into the program storage device of the corresponding control unit.

**6 Claims, No Drawings**

US 6,782,313 B1

# DIAGNOSTIC TEST DEVICE FOR MOTOR VEHICLE WITH PROGRAMMABLE CONTROL DEVICES

## BACKGROUND OF THE INVENTION

The invention is based on a diagnostic tester for motor vehicles having programmable control units.

Diagnostic testers for motor vehicles that contain programmable control units are generally known. Such programmable control units can contain self-diagnostic means and control, monitor the engine control and other systems of the motor vehicle in program-controlled fashion. In self-diagnosis, error codes are generated and stored. These control units and the error code storage devices can be connected to an external diagnostic tester via a diagnostic/test plug in the motor vehicle.

The interaction between motor vehicle control units having self-diagnostics and the external diagnostic tester are described in detail in an article, for example, by D. Nemec entitled "Möglichkeiten komfortabler Testgeräte zur Auswertung der Eigendiagnose von Steuergeräten im Kraftfahrzeug" ["*Possibilities of convenient test units for the evaluation of self-diagnosis of control units in the motor vehicle*"] in VDI Berichte ["VDI Reports"] No. 687, 1988, pages 365–385. Among other things, this article also discusses, on page 384, for example, that, with variant programming, entire control unit programs can be loaded into the unprogrammed control unit via the interface of the diagnostic/test plug. This is essential in particular before the start of a series, because the manufacturer can still change parameters at that point. Moreover, spare-parts stocking is reportedly easier, because it is sufficient to stock unprogrammed control units which can then be programmed and installed from case to case.

The system scope of engine controls provided for in motor vehicles has become very comprehensive due to the requirements for convenience, security, and diagnostics. For example, a Motronic engine control system has approximately 4,000 data that must be adapted to the requirements of the respective motor vehicle. Due to the generally tight time frame for the start of a series of engine controls, data or program changes cannot be ruled out during the current series. Today, engine controls having self-diagnostics are predominantly equipped with programmable flash storage devices. In order to reprogram to correct data or functions, the control units must be replaced or connected to programming units. If there are errors in the serial programs, high costs are incurred despite the ability to reprogram due to additional expense for the programming.

Object of the present invention is to indicate a possibility according to which the respective current version is cost-effectively programmed in the control units in simple fashion.

## SUMMARY OF THE INVENTION

In contrast to the prior art, the diagnostic device according to the invention has the advantage that, during regular maintenance of the motor vehicle in the workshop, when the external diagnostic tester available in the workshop is connected, the programs available in the control units are automatically checked to determine which version they contain and that, if necessary, a reprogramming of the programs available in the control units is carried out by the external diagnostic tester equipped accordingly, so that the most current version is always available there. No additional work expenditure is created for the service personnel by the automatic procedure of checking and if necessary, programming. During maintenance work, e.g., during an oil change, the diagnostic tester is left connected until the current program record has been programmed. No additional costs are generated for the control units themselves, because an interface for reprogramming or programming is already available there. The customer therefore receives the respective current program status as part of maintenance work on the vehicle. Warranty costs for reprogrammings in the field can therefore be prevented as well. Moreover, it can be taken into account by means of the reprogramming in simple fashion that error-free programs are not always available in the condition at delivery as the complexity of systems increases.

According to the invention, this is achieved in principle by the fact that the external diagnostic tester is equipped with a program recognition and program loading device, and the program version contained in the connected control unit is queried and recognized using the program recognition device, and that then, if the program available in the motor vehicle and recognized via the diagnostic/test plug, available in the connected control unit of the motor vehicle is not stored there in the latest and most current version, the respective most current version is loaded by the program loading device of the diagnostic tester into the program storage device of the pertinent control unit of the motor vehicle.

According to an advantageous and suitable further development of the device according to the invention, in addition to the program for the motor vehicle control units having self-diagnostic means, in particular the program for engine control, programs of control units of other systems and subsystems provided for in the motor vehicle are also checked and, if necessary, newly loaded or reprogrammed. This provides a very flexible possibility for keeping the various control and diagnostic programs available in the various control units of a motor vehicle updated to the respective most current status.

In very suitable and advantageous embodiment and further development of the diagnostic tester according to the invention, the program version check and, if necessary, the required reprogramming, is carried out automatically by the external diagnostic tester. As a result, no particular attention is required by the maintenance and service personnel to carry out this point during maintenance and service work.

According to an advantageous embodiment of the device according to the invention, the external diagnostic tester is equipped with the respective latest versions of the necessary programs. Under certain circumstances, this can lead to too great of a demand on the storage device of the diagnostic tester.

According to a further very advantageous embodiment of the invention, it is therefore provided for that the external diagnostic tester automatically establishes communication with a central data base in order to check the program version and, if necessary, to obtain the current program version that applies for the control unit connected to the diagnostic tester and to store it there.

In a further advantageous embodiment of this version of the diagnostic tester according to the invention, the communication between the diagnostic tester and the central data base takes place via dedicated line, or wirelessly via mobile telecommunication from the workshop or the motor vehicle itself.

In a further advantageous embodiment of the diagnostic tester according to the invention, it is provided for, in order to increase security, that the external diagnostic tester is equipped with a special authorization to check the program version currently available in the connected control unit of the motor vehicle and, if necessary, to reprogram the corresponding program.

The invention will now be explained in greater detail using an embodiment.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

According to the invention, the external diagnostic tester that is available in a service or repair workshop is equipped with a program recognition and program loading device. When the error storage devices of the various control units are read out via the diagnostic/test plug during servicing of the vehicle, therefore, the external diagnostic tester automatically checks, using the program recognition device simultaneously and preferably automatically, which program version and which data record is available in the control unit connected at that moment. The diagnostic tester then simultaneously compares whether the program and data record identified agrees with the most current status. If this is not the case, the most current version is loaded into the program storage device of the corresponding control unit by a program loading device, with which the external diagnostic tester is also equipped. New program and data status is therefore written to the corresponding memory areas of the connected control unit. The control unit is therefore newly programmed or reprogrammed accordingly. The control units used today are equipped with a flash storage device that can be programmed via the serial communication protocol via the diagnostic/test plug.

The external diagnostic tester in the workshop, in addition to the normal diagnostic work, therefore also performs the checking of the available program versions and, if necessary, the updating of the programs in the control units. The time required for reprogramming, if necessary, can then be spent by the diagnostic tester when the oil is changed in the vehicle, for example. To accomplish this, the external diagnostic tester is simply left connected to the vehicle for a longer period of time.

According to an embodiment of the invention, the latest program status for the individual control units used in various motor vehicles can be contained in the external diagnostic tester itself. To this end, CD-ROMs or similar comprehensive data carriers can regularly communicate the current program and data records to update the computer in the service centers.

It is also possible, however, and, in fact, generally much more suitable, to store all current program and data records for the control units used in the vehicles in one central data base. If the diagnostic tester checks a vehicle in the workshop, it then automatically establishes a connection with the central data base by means of its devices, in order to carry out the check for the latest program version, on the one hand, and, on the other, if absolutely necessary, to have the latest program record communicated to it by the central location, so that it stores this latest version in the corresponding memory area of the connected control unit by means of its program loading device.

The connection between the diagnostic tester in the workshop and the central location can take place either via a dedicated line or a wireless telephone to the telephone outlet in the workshop, or also via wireless mobile telecommunication from the workshop or even the motor vehicle itself to the central data base. Communication devices already available in the vehicle itself can be used for this purpose, if necessary. For security reasons, the external diagnostic tester is advantageously equipped with a corresponding special authorization to perform checks and reprogramming.

In advantageous fashion, the invention allows the updating of programs available in control units without requiring considerable additional expense for this. The most current program and data status in the corresponding control units is therefore always available to the motor vehicle driver in his motor vehicle.

What is claimed is:

1. An external diagnostic tester for motor vehicles, the motor vehicles having programmable control units with self-diagnostic means, wherein the control units can be connected to the external diagnostic tester via a diagnostic/test plug in the motor vehicle, the external diagnostic tester comprising,

a program recognition and program loading device, wherein a program version contained in a connected control unit is queried and recognized by means of the program recognition device, and, if the program available in the motor vehicle and recognized via the diagnostic/test plug is not stored there in a latest and most current version, a respective most current version is loaded by the program loading device into a program storage device of the pertinent control unit of the motor vehicle, wherein the external diagnostic tester automatically establishes communication with a central date base in order to check the program version and, if necessary, to obtain the current program version that applies for the control unit connected to the diagnostic tester and to store it there.

2. The external diagnostic tester according to claim 1, wherein, in addition to the program for the control units in the motor vehicle having self-diagnostic means, a program for engine control, programs of control units of other systems and subsystems provided for in the motor vehicle are also checked and, if necessary, newly loaded or reprogrammed.

3. The external diagnostic tester according to claim 1, wherein the external diagnostic tester automatically carries out a program version check and, if necessary, necessary programming.

4. The external diagnostic tester according to claim 1, wherein the external diagnostic tester is equipped with the respective latest versions of necessary programs.

5. The external diagnostic tester according to claim 1, wherein a communication takes place via a dedicated line, or wirelessly via mobile telecommunication from a workshop or the motor vehicle itself.

6. The external diagnostic tester according to claim 1, wherein the external diagnostic tester is equipped with an authorization to check the program version currently available in the connected control unit of the motor vehicle, and, if necessary, to reprogram a corresponding program.

* * * * *

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV11- 7784 MMM (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [_] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH, L.L.C., a Deleware corporation<br><br>PLAINTIFF(S)<br>v.<br><br>SNAP-ON INCORPORATED, a Deleware Corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-7784-MMM(AGRx)<br><br>SUMMONS |

TO: DEFENDANT(S): __SNAP-ON INCORPORATED__

    A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __John A. O'Malley__, whose address is __Fulbright & Jaworski L.L.P., 555 South Flower Street, 41st Floor, Los Angeles, CA 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __SEP 20 2011__

By: __Marily Dunn__
      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)      SUMMONS      CCD-1A

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**a) PLAINTIFFS** (Check box if you are representing yourself ☐)
OBERT BOSCH, L.L.C.

**DEFENDANTS**
SNAP-ON INCORPORATED

**b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ohn A. O'Malley (SBN 101181)
\aron D. Gopen (SBN 268451)
'ulbright & Jaworski L.L.P.
55 South Flower Street, 41st Floor
_os Angeles, California 90071
213) 892-9200

**Attorneys** (If Known)

---

**BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
[X] 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**ASS ACTION under F.R.C.P. 23:** ☐ Yes [X] No    [X] **MONEY DEMANDED IN COMPLAINT: $** to be determined

**CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
ent infringement under 35 U.S.C. Section 271. Plaintiff alleges that Defendant infringes Plaintiff's U.S. Patent No. 82,313.

**NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | [X] 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**CV11-7784**

. OFFICE USE ONLY:    Case Number:
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.
71 (05/08)                                                CIVIL COVER SHEET                                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**II(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes

'es, list case number(s): _____

**II(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No  [ ] Yes

'es, list case number(s): _____

vil cases are deemed related if a previously filed case and the present case:

ieck all boxes that apply)
[ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**VENUE:** (When completing the following information, use an additional sheet if necessary.)

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Plaintiff Robert Bosch, L.L.C. - Michigan |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Defendant Snap-on Incorporated, a Delaware corporation - San Jose, California and Wisconsin |

List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles and elsewhere |  |

.os Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
te: In land condemnation cases, use the location of the tract of land involved

SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ John A. O'Malley_   Date September 20, 2011

John A. O'Malley

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

y to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |